THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FLOYD L. SMART, Appellant.

Submitted May 6, 2013; decided May 30, 2013

Motion for assignment of counsel granted and Mark D. Funk, Esq., 144 Exchange Blvd., Ste. 400, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL WALSTON, Appellant.

Submitted May 13, 2013; decided May 30, 2013

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

In the Matter of TONYA A., Respondent, v HAL H., Appellant.

Decided May 30, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge ABDUS-SALAAM taking no part.